**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Olive Jean Lawrence v. Cheryl Page

Appellate case number:   01-16-00133-CV

Trial court case number:  445,145

Trial court:             Probate Court No 1 of Harris County

Date motion filed:       October 28, 2016

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
 ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Huddle


Date: December 6, 2016